# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00601-CR

**Charles Christopher Lancaster, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 10,208, HONORABLE H.R. TOWSLEE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Christopher Lancaster was convicted of aggravated kidnapping and burglary of a habitation. The trial court has certified that appellant waived his right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal and all pending motions. Tex. R. App. P. 25.2(d); *see Cooper v. State*, 45 S.W.3d 77, 83 (Tex. Crim. App. 2001); *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.—Austin 2001, no pet.).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed

Filed: February 13, 2009

Do Not Publish